## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on September _20_, 2017, against JASON JOEY BERRY, a/k/a DANIEL DESNOYERS, charging the following:

21 USC 846 - Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death
21 USC 963 – Conspiracy to Import Controlled Substances and Controlled Substance Analogues into the United States Resulting in Serious Bodily Injury and Death

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   bail be set at $ _____

   ☐   defendant be detained without bail.

COMMENTS:

Dated: _9/20/17_

CHRISTOPHER C. MYERS
United States Attorney