Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

**SEP 22 2017**

DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Elizabeth Ton a/k/a Lisa Gomes | ) | Case No.   3:17-cr-206-04 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Elizabeth Ton a/k/a Lisa Gomes _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and
Controlled Substance Analogues Resulting in Serious Bodily Injury and Death

Date:   09/22/2017

City and state:   Fargo, ND

*/s/ Jackie Stewart*
_____
*Issuing officer's signature*

**Jackie Stewart, Deputy Clerk**
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/22/17 , and the person was arrested on *(date)* 10/11/17 at *(city and state)* MIAMI, FL . |
| Date: 10/27/17          _____<br>*Arresting officer's signature*<br><br>DAVID G. BONN SDUSM (FOR HSI/ICE)<br>*Printed name and title* |