Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

**RECEIVED**
**UNITED STATES MARSHALS**

**SEP 2 2 2017**

**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America<br>v.<br>Anthony Santos Gomes a/k/a Ant<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No.  3:17-cr-206-03 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Anthony Santos Gomes a/k/a Ant
_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and
Controlled Substance Analogues Resulting in Serious Bodily Injury and Death

Date:  09/22/2017
_____

City and state:   Fargo, ND

*/s/ Jackie Stewart*
_____
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* __9/22/17__ , and the person was arrested on *(date)* __10/11/17__
at *(city and state)* __Davie, FL__ .

Date: __10/27/17__

_____
*Arresting officer's signature*

David G. Bgham  DUSM/ICE/HSI  (for)
_____
*Printed name and title*